**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Kenneth Surowiecki
      dba Eastern Screw Company
    Rosanne Elizabeth Surowiecki
          Debtor(s)

Case No.: 1–98–16169–MJK
Chapter: 7

SSN: xxx–xx–8725
SSN: xxx–xx–7740

Brian J. Dilks of Dilks & Knopik, LLC for Oak Point Partners, Inc.
35308 SE Center St
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- The following information was not provided in the affidavit:
  – Tax Identification Number or Social Security Number for the Creditor, Successor
- Form W–9 Request for Taxpayer Identification Number and Certification: The W/9 form must be completed The appropriate box for Federal Tax Classification is not checked. Please resubmit an original W/9 form with corrections.

    If you have any further questions, please call the Court at 716–362–3200.

Date: August 13, 2015

Lisa Bertino Beaser
Clerk of Court

Enclosures

Form dfyuncla/Doc 55
www.nywb.uscourts.gov